UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MERCED SALAZAR QUINTANILLA,<br><br>　　Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON, et al.,<br><br>　　Respondents. | No. 1:26-CV-022-H |

## **FINAL JUDGMENT**

For the reasons stated in the Court's Order, Dkt. No. 3, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on January 16, 2026.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE